UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAVID HESSER,<br><br>    Plaintiff,<br><br>vs.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY<br><br>    Defendant, | Case No.: ED CV 18-1404-DMG (KKx)<br><br>**ORDER RE JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [45]** |

    Pursuant to the parties' joint stipulation, this matter is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs of suit and attorneys' fees.

IT IS SO ORDERED.

DATED: June 27, 2019

                                                                                           */s/ Dolly M. Gee*
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE